# THE WEITZ LAW FIRM, P.A.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___4/30/2021___

April 29, 2021

**VIA CM/ECF**
Honorable Judge Analisa Torres
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 15D
New York, NY 10007-1312

     Re: Velasquez v. New Jubilee News II, Inc.
        Case 1:21-cv-01975-AT

Dear Judge Torres:

The undersigned represents the Plaintiff in the above-captioned matter.

The Initial Pretrial Conference in this matter is currently scheduled for May 6, 2021 at 10:00 a.m, in Your Honor's Courtroom. To date, the Defendants have not yet formally appeared and/or answered in this matter. Though a firm has contacted the undersigned on behalf or 135 William Street Associates, LLC, an attorney has not yet been retained. As such, in order to afford additional time for the Defendants to formally appear and possibly engage in productive subsequent settlement discussions, the undersigned hereby respectfully requests a 30-day adjournment of next week's Conference to a date most convenient to this Honorable Court.

Thank you for your consideration of this first adjournment request.

        Sincerely,

       By: /S/ B. Bradley Weitz
        B. Bradley Weitz, Esq. (BW9365)
        THE WEITZ LAW FIRM, P.A.
        Attorney for Plaintiff
        Bank of America Building
        18305 Biscayne Blvd., Suite 214
        Aventura, Florida 33160
        Telephone: (305) 949-7777
        Facsimile: (305) 704-3877
        Email: bbw@weitzfirm.com

GRANTED. The initial pretrial conference scheduled for May 6, 2021, is ADJOURNED to **June 7, 2021**, at **10:00 a.m.** By **June 1, 2021**, the parties shall submit their joint letter and proposed case management plan.

SO ORDERED.

Dated: April 30, 2021
   New York, New York

                ANALISA TORRES
               United States District Judge